# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**EDWARD GINTER,**

    **Plaintiff,**

  v.

**BANTA ELECTRICAL CONTRACTORS, INC.,**

    **Defendant.**

**Case No. 1:20-cv-310**

**JUDGE DOUGLAS R. COLE**

## CALENDAR ORDER

This civil action came before the Court for a preliminary pretrial conference by telephone on December 14, 2020, at 1:00 p.m. The Court hereby enters the following Calendar Order:

| | |
|---|---|
| Disclosure of lay witnesses: | **May 28, 2021** |
| Plaintiff's expert report(s) and designation(s): | **June 30, 2021** |
| Defendants' expert report(s) and designation(s): | **July 30, 2021** |
| Rebuttal expert report(s) and designation(s): | **August 31, 2021** |
| Discovery deadline: | **October 15, 2021** |
| Dispositive motion deadline:[1] | **November 19, 2021** |
| Final Pretrial Conference, Chambers, Rm. 810 | **March 2, 2022, at 10:00 a.m.** |
| Bench Trial, Courtroom #822: | **March 14, 2022, at 9:30 a.m.** |

---

[1] See the Standing Order governing Civil Motions for Summary Judgment.

**SO ORDERED.**

December 14, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**